1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NORTON ROSE FULBRIGHT US LLP**
JEFFREY B. MARGULIES (BAR NO. 126002)
EVA YANG (BAR NO. 306215)
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
eva.yang@nortonrosefulbright.com

Attorneys for Defendant
MATTRESS FIRM, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA HAMPTON, individually and on behalf of all similarly situated persons,<br><br>                    Plaintiff,<br><br>          v.<br><br>MATTRESS FIRM, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 2:24-cv-06488<br><br>**DEFENDANT MATTRESS FIRM, INC.'S ANSWER TO THE FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Complaint Filed: August 1, 2024 |

DOCUMENT PREPARED ON RECYCLED PAPER

Defendant Mattress Firm, Inc. ("Mattress Firm") hereby answers the Complaint of plaintiff Eric Hampton ("Hampton") as follows:

1. Mattress Firm denies the allegation in paragraph 1.

2. The first sentence of paragraph 2 is a statement of the case to which no response is required. Mattress Firm denies the allegations in the second and third sentences of paragraph 2.

3. Mattress Firm denies the allegations in paragraph 3.

4. Mattress Firm denies the allegations in paragraph 4.

5. Mattress Firm denies the first three sentences of paragraph 5. The last three sentences in paragraph 5 contain a hypothetical scenario to which Mattress Firm contends that no response is required.

6. Mattress Firm denies the allegations in paragraph 6.

## II.    PARTIES

7. Mattress Firm admits the allegations in paragraph 7.

8. Mattress Firms admits the allegation in paragraph 8.

## III.    JURISDICTION AND VENUE

9. The allegation in paragraph 9 contains a legal conclusion to which no response is required.

10. Mattress Firm admits the allegations in paragraph 10.

11. Mattress Firm admits the allegations in paragraph 11.

## IV.    GENERAL ALLEGATIONS

### A.    Company Background

12. Mattress Firm admits the allegation in paragraph 12.

13. Mattress Firm admits the allegations in paragraph 13.

14. Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 and on that basis denies the allegations in paragraph 14.

**B.    Defendant's False and Deceptive Pricing Scheme**

    **1.    The Products Are Not Regularly Listed or Sold on the Website at the Reference Prices**

15.    Mattress Firm denies the allegation in paragraph 15.

16.    Mattress Firm denies the allegations in the first and second sentence of paragraph 16. Mattress Firm admits the photo depicted in paragraph 16 shows a mattress listed for sale on Mattress Firm's website for $699.99. Except as specifically admitted, Mattress Firm denies each and every allegation in paragraph 16.

17.    Mattress Firm denies the allegations in paragraph 17.

18.    Mattress Firm denies the allegations in paragraph 18.

    a.    Mattress Firm admits that the photo in paragraph 18(a) appears to depict the Serta Perfect Sleeper Sleep Excellence Medium PillowTop Mattress listed for sale on Mattress Firm's website for $799.99.

        i.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(a)(i) at this time and on that basis denies the allegation in paragraph 18(a)(i). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

        ii.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(a)(ii) at this time and on that basis denies the allegation in paragraph 18(a)(ii). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

        iii.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(a)(iii) at this time and on that basis denies the allegation in paragraph 18(a)(iii). Mattress

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT MATTRESS FIRM, INC.'S ANSWER TO THE FIRST AMENDED CLASS ACTION COMPLAINT

1  Firm reserves the right to amend this answer to the extent information
2  is available to it at a later time.

3        iv.    Mattress Firm lacks information sufficient to form a belief
4  as to the truth of the allegation in paragraph 18(a)(iv) at this time and
5  on that basis denies the allegation in paragraph 18(a)(iv). Mattress
6  Firm reserves the right to amend this answer to the extent information
7  is available to it at a later time.

8        v.     Mattress Firm lacks information sufficient to form a belief
9  as to the truth of the allegation in paragraph 18(a)(v) at this time and
10  on that basis denies the allegation in paragraph 18(a)(v). Mattress Firm
11  reserves the right to amend this answer to the extent information is
12  available to it at a later time.

13        vi.    Mattress Firm lacks information sufficient to form a belief
14  as to the truth of the allegation in paragraph 18(a)(vi) at this time and
15  on that basis denies the allegation in paragraph 18(a)(vi). Mattress
16  Firm reserves the right to amend this answer to the extent information
17  is available to it at a later time.

18     b.     Mattress Firm admits that the photo in paragraph 18(b) appears
19  to depict the Sealy Posturepedic Spring Bloom 12" Medium Mattress listed
20  for sale on Mattress Firm's website for $313.99.

21        i.     Mattress Firm lacks information sufficient to form a belief
22  as to the truth of the allegation in paragraph 18(b)(i) at this time and on
23  that basis denies the allegation in paragraph 18(b)(i). Mattress Firm
24  reserves the right to amend this answer to the extent information is
25  available to it at a later time.

26        ii.    Mattress Firm lacks information sufficient to form a belief
27  as to the truth of the allegation in paragraph 18(b)(ii) at this time and

28

DOCUMENT PREPARED ON RECYCLED PAPER

on that basis denies the allegation in paragraph 18(b)(ii). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

       iii.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(b)(iii) at this time and on that basis denies the allegation in paragraph 18(b)(iii). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

       iv.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(b)(iv) at this time and on that basis denies the allegation in paragraph 18(b)(iv). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

       v.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(b)(v) at this time and on that basis denies the allegation in paragraph 18(b)(v). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

       vi.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(b)(vi) at this time and on that basis denies the allegation in paragraph 18(b)(vi). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

c.    Mattress Firm admits that Mattress Firm sells the Serta Perfect Sleeper Charlotte 2.0 Medium Euro Top Mattress on its website.

       i.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(c)(i) at this time and on

DOCUMENT PREPARED ON RECYCLED PAPER

that basis denies the allegation in paragraph 18(c)(i). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

       ii.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(c)(ii) at this time and on that basis denies the allegation in paragraph 18(c)(ii). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

       iii.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(c)(iii) at this time and on that basis denies the allegation in paragraph 18(c)(iii). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

       iv.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(c)(iv) at this time and on that basis denies the allegation in paragraph 18(c)(iv). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

       v.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(c)(v) at this time and on that basis denies the allegation in paragraph 18(c)(v). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

    d.    Mattress Firm admits that the photo in paragraph 18(d) appears to depict the Sleepy's Basic Hybrid Mattress listed for sale on Mattress Firm's website for $399.99.

DOCUMENT PREPARED
ON RECYCLED PAPER

DEFENDANT MATTRESS FIRM, INC.'S ANSWER TO THE FIRST AMENDED CLASS ACTION COMPLAINT

i.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(d)(i) at this time and on that basis denies the allegation in paragraph 18(d)(i). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

ii.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(d)(ii) at this time and on that basis denies the allegation in paragraph 18(d)(ii). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

iii.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(d)(iii) at this time and on that basis denies the allegation in paragraph 18(d)(iii). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

iv.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(d)(iv) at this time and on that basis denies the allegation in paragraph 18(d)(iv). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

v.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(d)(v) at this time and on that basis denies the allegation in paragraph 18(d)(v). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

vi.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(d)(vi) at this time and

DOCUMENT PREPARED ON RECYCLED PAPER

1   on that basis denies the allegation in paragraph 18(d)(vi). Mattress

2   Firm reserves the right to amend this answer to the extent information

3   is available to it at a later time.

4       e.      Mattress Firm admits that the photo in paragraph 18(e) appears

5   to depict the Sleepy's Basic Innerspring Firm Mattress listed for sale on

6   Mattress Firm's website for $159.99.

7           i.      Mattress Firm lacks information sufficient to form a belief

8   as to the truth of the allegation in paragraph 18(e)(i) at this time and on

9   that basis denies the allegation in paragraph 18(e)(i). Mattress Firm

10  reserves the right to amend this answer to the extent information is

11  available to it at a later time.

12          ii.     Mattress Firm lacks information sufficient to form a belief

13  as to the truth of the allegation in paragraph 18(e)(ii) at this time and

14  on that basis denies the allegation in paragraph 18(e)(ii). Mattress Firm

15  reserves the right to amend this answer to the extent information is

16  available to it at a later time.

17          iii.    Mattress Firm lacks information sufficient to form a belief

18  as to the truth of the allegation in paragraph 18(e)(iii) at this time and

19  on that basis denies the allegation in paragraph 18(e)(iii). Mattress

20  Firm reserves the right to amend this answer to the extent information

21  is available to it at a later time.

22          iv.     Mattress Firm lacks information sufficient to form a belief

23  as to the truth of the allegation in paragraph 18(e)(iv) at this time and

24  on that basis denies the allegation in paragraph 18(e)(iv). Mattress

25  Firm reserves the right to amend this answer to the extent information

26  is available to it at a later time.

27

28

v.      Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(e)(v) at this time and on that basis denies the allegation in paragraph 18(e)(v). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

vi.      Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(e)(vi) at this time and on that basis denies the allegation in paragraph 18(e)(vi). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

vii.      Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 18(e)(vii) at this time and on that basis denies the allegation in paragraph 18(a)(vii). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

Except as specifically admitted, Mattress Firm denies each and every allegation in paragraph 18(a)-(e).

19.    Mattress Firm denies the allegation in paragraph 19.

20.    Mattress Firm denies each and every allegation in paragraph 20.

**2.      The Reference Prices are not the Market Price of the Products, Including During the Rolling 90-Day Period Prior to Offering**

21.    Mattress Firm denies the allegation in paragraph 21.

22.    Mattress Firm denies the allegations in paragraph 22.

23.    Mattress Firm denies the allegations in paragraph 23.

24.     Mattress Firm admits that some of the products sold on its Website are exclusive to Mattress Firms. Except as specifically admitted, Mattress Firm denies each and every allegation in paragraph 24.

**C.     Plaintiff's Purchase from the Website**

25.     Mattress Firm admits that on June 17, 2024, plaintiff purchased a Sealy Essentials Winter Green 13" Plush Euro Pillow Top Mattress (Queen) from the Mattress Firm website for $545.99. Mattress Firm admits that the product was shipped to an address in Ventura County, California. Except as specifically admitted, Mattress Firm denies each and every allegation in paragraph 25.

26.     Mattress Firm admits that the photograph in paragraph 26 appears to depict the Sealy Essentials Winter Green 12" Medium Euro Top Mattress listed for sale on Mattress Firm's website for $489.99.  Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation that the photograph depicted is of the listing on June 17, 2024, at this time and on that basis denies the allegation. Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time. Mattress Firm denies that the photograph in paragraph 26 depicts the mattress plaintiff claims to have purchased. Except as specifically admitted, Mattress Firm denies each and every allegation in paragraph 26.

27.     Mattress Firm admits that the photograph in paragraph 27 appears to depict the Sealy Essentials Winter Green 13" Medium Euro Pillow Top Mattress listed for sale on Mattress Firm's website for $525.99. Mattress Firm denies that this is the same product depicted in the photograph in paragraph 26. Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation that the photograph depicted is of the listing on July 29, 2024, at this time and on that basis denies the allegation. Mattress Firm reserves the right to amend this answer to the

DOCUMENT PREPARED
ON RECYCLED PAPER

extent information is available to it at a later time. Except as specifically admitted, Mattress Firm denies each and every allegation in paragraph 27.

28.    Mattress Firm denies the allegation in paragraph 28.

a.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 28(a) at this time and on that basis denies the allegation in paragraph 28(a). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

b.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 28(b) at this time and on that basis denies the allegation in paragraph 28(b). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

c.    Mattress Firm lacks information sufficient to form a belief as to the truth of the allegation in paragraph 28(a) at this time and on that basis denies the allegation in paragraph 28(c). Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

29.    Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 and on that basis denies the allegations in paragraph 29.

30.    Mattress Firm denies the allegations in paragraph 30.

31.    Mattress Firm denies the allegations in paragraph 31.

32.    Mattress Firm denies the allegation in paragraph 32 that Mattress firm was untruthful. Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 and on that basis denies the allegations in paragraph 32.

33.    Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 33. The

DOCUMENT PREPARED
ON RECYCLED PAPER

allegations in the second sentence contain a statement of the case to which no response is required.

**D.      Research Shows That Reference Price Advertising Influences Consumer Behavior and Perceptions of Value**

34.      Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34 regarding "academic studies" and on that basis denies the allegations in paragraph 34. Mattress firm denies the rest of the allegations in paragraph 34.

35.      Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 and on that basis denies the allegations in paragraph 35.

36.      Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 and on that basis denies the allegations in paragraph 36.

37.      Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 and on that basis denies the allegations in paragraph 37.

38.      Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 and on that basis denies the allegations in paragraph 38.

39.      Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 and on that basis denies the allegations in paragraph 39.

40.      Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 and on that basis denies the allegations in paragraph 39.

Document Prepared on Recycled Paper

DEFENDANT MATTRESS FIRM, INC.'S ANSWER TO THE FIRST AMENDED CLASS ACTION COMPLAINT

**E.    Consumers Suffered Economic Harm**

41.    Mattress Firm denies the allegation in paragraph 41.

42.    Mattress Firm denies the allegation in paragraph 42.

43.    Mattress Firm denies the allegation in paragraph 43.

44.    The first, second, third, and fourth sentence of paragraph 44 contain a hypothetical scenario to which Mattress Firm contends that no response is required. Mattress Firm denies the allegation in the fifth sentence of paragraph 44.

**F.    Defendant's Deceptive Pricing Practice Violated Federal Law**

45.    The first sentence of paragraph 45 contains a statement of law to which no response is required. Mattress Firm denies the allegation in the second sentence of paragraph 45.

46.    Paragraph 46 contains a statement of law to which no response is required.

47.    Mattress Firm denies that the FTCA prohibits Mattress Firm's pricing practices in paragraph 47. Paragraph 47 otherwise contains a statement of law to which no response is required.

48.    Paragraph 48 contains a statement of law to which no response is required.

**G.    Class Action Allegations**

49.    The allegations in paragraph 49 contain a statement of the case to which no response is required.

50.    The allegations in paragraph 50 contain a statement of the case to which no response is required.

51.    The allegations in paragraph 51 contain a statement of the case and a statement of law to which no response is required.

52.    Mattress Firm denies the allegations in paragraph 52.

53.    Mattress Firm denies the allegations in paragraph 53.

Document Prepared on Recycled Paper

DEFENDANT MATTRESS FIRM, INC.'S ANSWER TO THE FIRST AMENDED CLASS ACTION COMPLAINT

54.     Mattress Firm denies the allegations in paragraph 54.

55.     Mattress Firm denies the allegations in paragraph 55.

56.     Mattress Firm denies the allegations in paragraph 56.

     a.     Mattress Firm denies the allegations in paragraph 56(a).

     b.     Mattress Firm denies the allegations in paragraph 56(b).

     c.     Mattress Firm denies the allegations in paragraph 56(c).

     d.     Mattress Firm denies the allegations in paragraph 56(d).

     e.     Mattress Firm denies the allegations in paragraph 56(e).

     f.     Mattress Firm denies the allegations in paragraph 56(f).

     g.     Mattress Firm denies the allegations in paragraph 56(g).

     h.     Mattress Firm denies the allegations in paragraph 56(h).

     i.     Mattress Firm denies the allegations in paragraph 56(i).

     j.     Mattress Firm denies the allegations in paragraph 56(j).

57.     Mattress Firm denies the allegations in paragraph 57.

58.     Mattress Firm denies the allegations in paragraph 58.

## V.     TOLLING OF THE STATUTE OF LIMITATIONS AND DELAYED DISCOVERY

59.     Mattress Firm denies the allegations in paragraph 59.

60.     Mattress Firm denies the allegations in paragraph 60.

61.     Mattress Firm denies the allegations in paragraph 61.

62.     Mattress Firm denies the allegations in paragraph 62.

## **<u>FIRST CAUSE OF ACTION</u>**

### **VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW (CAL. BUS. & PROF. CODE § 17200, et seq.)**

### **(On Behalf of the California Class)**

63.     Mattress Firm incorporates by reference its prior responses as if set forth herein.

DOCUMENT PREPARED ON RECYCLED PAPER

64. The allegations in paragraph 64 contain a statement of law to which no response is required.

***Fraudulent***

65. The allegation in paragraph 65 contains a statement of law to which no response is required.

66. Mattress Firm denies the allegations in paragraph 66.

67. Mattress Firm denies the allegations in paragraph 67.

68. Mattress Firm denies the allegations in paragraph 68.

69. Mattress Firm denies the allegations in paragraph 69.

70. Mattress Firm denies the allegations in paragraph 70.

71. Mattress Firm denies the allegations in paragraph 71.

72. Mattress Firm denies the allegations in paragraph 72.

73. Mattress Firm denies the allegations in paragraph 73.

74. Mattress Firm denies the allegation in paragraph 74.

***Unfairness***

75. The allegation in paragraph 75 contains a statement of law to which no response is required.

76. Mattress Firm denies the allegations in paragraph 76.

77. Mattress Firm denies the allegations in paragraph 77.

78. Mattress Firm denies the allegations in paragraph 78.

79. Mattress Firm denies the allegations in paragraph 79.

***Unlawful***

80. The allegation in paragraph 80 contains a statement of law to which no response is required.

81. Mattress Firm denies the allegations in paragraph 81.

\*       \*       \*

82. Mattress Firm denies the allegations in paragraph 82.

Document Prepared on Recycled Paper

DEFENDANT MATTRESS FIRM, INC.'S ANSWER TO THE FIRST AMENDED CLASS ACTION COMPLAINT

1    83.    The allegation in paragraph 83 contains a statement of the case to
2  which no response is required.

3    84.    The allegation in the first sentence of paragraph 84 contains a
4  statement of the case to which no response is required. Mattress Firm denies the
5  allegation in paragraph 84 that Mattress Firm is engaging in "deceptive
6  advertisements and false reference prices in connection with the sale of products on
7  the website." Mattress firm denies the allegations in the second and third sentence
8  in paragraph 84.

9                        **SECOND CAUSE OF ACTION**
10 **VIOLATION OF CALIFORNIA FALSE ADVERTISING LAW, CAL. BUS**
11                      **& PROF. CODE § 17500, et seq.**
12                    **(On Behalf of the California Class)**

13   85.    Mattress Firm incorporates by reference its prior responses as if set
14 forth herein.

15   86.    The allegations in paragraph 86 contain a statement of law to which no
16 response is required.

17   87.    The allegations in paragraph 87 contain a statement of law to which no
18 response is required.

19   88.    The allegations in paragraph 88 contain a statement of law to which no
20 response is required.

21   89.    Mattress Firm denies the allegation in paragraph 89.

22   90.    Mattress Firm denies the allegation in paragraph 90.

23   91.    Mattress Firm denies the allegation in paragraph 91.

24   92.    Mattress Firm denies the allegations in paragraph 92.

25   93.    Mattress Firm denies the allegations in paragraph 93.

26   94.    Mattress Firm denies the allegations in paragraph 94.

27   95.    Mattress Firm denies the allegations in paragraph 95.

28

DOCUMENT PREPARED ON RECYCLED PAPER

1    96.    Mattress Firm denies the allegations in paragraph 96.

2    97.    Mattress Firm denies the allegations in the first and second sentence in

3    paragraph 97. The remainder of the allegations in paragraph 97 contain a statement

4    of law to which no response is required.

5    **THIRD CAUSE OF ACTION**

6    **VIOLATION OF CALIFORNIA CONSUMER LEGAL REMEDIES ACT,**

7    **CAL. CIV. CODE § 1750, et seq.**

8    **(On Behalf of the California Class)**

9    98.    Mattress Firm incorporates by reference its prior responses as if set

10   forth herein.

11   99.    The allegations in paragraph 99 contain a statement of law to which no

12   response is required.

13   100.   Mattress Firm admits the allegations in 100.

14   101.   Mattress Firm denies the allegations in paragraph 101

15        a.    Mattress Firm denies the allegations in paragraph 101(a).

16        b.    Mattress Firm denies the allegations in paragraph 101(b).

17        c.    Mattress Firm denies the allegations in paragraph 101(c).

18        d.    Mattress Firm denies the allegations in paragraph 101(d).

19   102.   Mattress Firm denies the allegations in paragraph 102.

20   103.   Mattress Firm denies the allegations in paragraph 103.

21   104.   Mattress Firm denies the allegations in paragraph 104.

22   105.   Mattress Firm denies the allegations in paragraph 105.

23   106.   Mattress Firm denies the allegations in paragraph 106.

24   107.   The allegations in paragraph 107 contain a statement of the case to

25   which no response is required.

26

27

28

Document Prepared on Recycled Paper

DEFENDANT MATTRESS FIRM, INC.'S ANSWER TO THE FIRST AMENDED CLASS ACTION COMPLAINT

**FOURTH CAUSE OF ACTION**

**FRAUD (INTENTIONAL MISREPRESENTATION AND OMISSION)**

**(On Behalf of the California Class)**

108.    Mattress Firm incorporates by reference its prior responses as if set forth herein.

109.    The allegation in paragraph 109 contains a statement of the case to which no response is required.

110.    Mattress Firm denies the allegations in paragraph 110.

111.    Mattress Firm denies the allegations in paragraph 111.

112.    Mattress Firm denies the allegations in paragraph 112.

113.    Mattress Firm denies the allegations in paragraph 113.

114.    Mattress Firm denies the allegations in paragraph 114.

115.    Mattress Firm denies the allegations in paragraph 115.

116.    Mattress Firm denies the allegations in paragraph 116.

117.    Mattress Firm denies the allegations in paragraph 117.

118.    Mattress Firm denies the allegations in paragraph 118.

**FIFTH CAUSE OF ACTION**

**UNJUST ENRICHMENT/QUASI-CONTRACT**

**(On Behalf of the California Class)**

119.    Mattress Firm incorporates by reference its prior responses as if set forth herein.

120.    The allegation in paragraph 120 contains a statement of the case to which no response is required.

121.    The allegation in paragraph 121 contains a statement of law to which no response is required.

122.    The allegation in paragraph 122 contains a statement of law to which no response is required.

DOCUMENT PREPARED ON RECYCLED PAPER

123.  The allegation in paragraph 123 contains a statement of law to which no response is required.

124.  The allegation in paragraph 124 contains a statement of law to which no response is required.

125.  Mattress Firm denies the allegations in paragraph 125.

126.  Mattress Firm denies the allegations in paragraph 126.

127.  The allegation in paragraph 127 contains a statement of the case to which no response is required.

128.  Mattress Firm denies the allegations in paragraph 128.

## SIXTH CAUSE OF ACTION

### NEGLIGENT MISREPRESENTATION

### (On Behalf of the California Class)

129.  Mattress Firm incorporates by reference its prior responses as if set forth herein.

130.  The allegation in paragraph 130 contains a statement of the case to which no response is required.

131.  Mattress Firm denies the allegations in paragraph 131.

132.  Mattress Firm denies the allegations in paragraph 132.

133.  Mattress Firm denies the allegations in paragraph 133.

134.  Mattress Firm denies the allegations in paragraph 134.

135.  Mattress Firm denies the allegations in paragraph 135.

136.  Mattress Firm denies the allegations in paragraph 136.

137.  Mattress Firm denies the allegations in paragraph 137.

138.  Mattress Firm denies the allegations in paragraph 138.

139.  Mattress Firm denies the allegations in paragraph 139.

DOCUMENT PREPARED ON RECYCLED PAPER

**AFFIRMATIVE DEFENSES**

Without admitting any of the allegations in plaintiff's complaint, Mattress Firm asserts and alleges the following separate and additional affirmative defenses. By setting forth these defenses, Mattress Firm does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to plaintiff.

**FIRST AFFIRMATIVE DEFENSE**

**(FAILURE TO STATE A CLAIM)**

1.    Mattress Firm alleges that the complaint, and each of the purported claims therein, fails to state facts sufficient to constitute a cause of action against it.

**SECOND AFFIRMATIVE DEFENSE**

**(LACHES)**

2.    Mattress Firm alleges that plaintiff is barred by the doctrine of laches from asserting all of the claims in the complaint in that plaintiff has unreasonably delayed bringing this action, and such delay has caused prejudice to Mattress Firm.

**THIRD AFFIRMATIVE DEFENSE**

**(ESTOPPEL)**

3.    Mattress Firm alleges that plaintiff's claims in the complaint are barred by the doctrines of collateral and/or equitable estoppel.

**FOURTH AFFIRMATIVE DEFENSE**

**(WAIVER)**

4.    Munchkin alleges that the claims in the complaint are barred by the doctrine of waiver.

**FIFTH AFFIRMATIVE DEFENSE**

**(CONSENT)**

5.    Each purported claim in the complaint is barred because plaintiff acknowledged, consented to, or acquiesced in the alleged acts or omissions, if any,

DOCUMENT PREPARED ON RECYCLED PAPER

of Mattress Firm.

## SIXTH AFFIRMATIVE DEFENSE

### (UNCLEAN HANDS)

6.    Mattress Firm alleges that plaintiff's claims asserted in the complaint are barred by the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

### (COMPARATIVE FAULT OF PLAINTIFF)

7.    Negligence, breach of contract, or other fault or misconduct of plaintiff or his agents directly and proximately contributed to plaintiff's alleged damages, which conduct either bars or reduces the recovery sought by plaintiff.

## EIGHTH AFFIRMATIVE DEFENSE

### (CONTRIBUTORY FAULT OF THIRD PARTIES)

8.    The damages suffered by plaintiff, if any, proximately resulted from fault or misconduct of parties, persons, and/or entities other than Mattress Firm, and the liability of Mattress Firm, if any, must be limited in direct proportion to the percentage of fault actually attributable to Mattress Firm.

## NINTH AFFIRMATIVE DEFENSE

### (ALLOCATION/CONTRIBUTION)

9.    The damages suffered by plaintiff, if any, proximately resulted from the negligence, tortious, and/or wrongful conduct of parties, persons, and/or entities other than Mattress Firm. Mattress Firm is therefore entitled to an allocation and/or contribution of damages according to the percentage of fault of each other such party.

## TENTH AFFIRMATIVE DEFENSE

### (FAILURE TO MITIGATE)

10.    Plaintiff failed to act with reasonable diligence to avoid the losses claimed in the complaint and to mitigate damages, and, therefore, any recovery

DOCUMENT PREPARED ON RECYCLED PAPER

against Mattress Firm should be barred or reduced accordingly.

## ELEVENTH AFFIRMATIVE DEFENSE

## (STATUTES OF LIMITATION)

11.    Mattress Firm alleges plaintiff's claims are barred in whole or in part by the applicable statute of limitations.

## TWELFTH AFFIRMATIVE DEFENSE

## (JUSTIFICATION)

12.    Mattress Firm alleges that plaintiff's claims are barred by the doctrine of justification.

## THIRTEENTH AFFIRMATIVE DEFENSE

## (ABSTENTION)

13.    Mattress Firm alleges that plaintiff's claims should be denied under the doctrine of equitable abstention.

## FOURTEENTH AFFIRMATIVE DEFENSE

## (RESERVATION OF RIGHTS TO ASSERT ADDITIONAL DEFENSES)

14.    Mattress Firm presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses. Mattress Firm reserves the right to assert additional affirmative defenses in the event discovery indicates such defenses may be appropriate.

## PRAYER FOR RELIEF

WHEREFORE, Mattress Firm prays for judgment as follows:

1.    Plaintiff take nothing by way of the complaint and that judgment be rendered in favor of Mattress Firm;

2.    That Mattress Firm be awarded its costs of suit, including reasonable attorneys' fees to the extent allowable; and

DOCUMENT PREPARED
ON RECYCLED PAPER

1      3.    That Mattress Firm be awarded such other and further relief as the

2  Court may deem appropriate.

3

4    Dated: November 22, 2024          JEFFREY B. MARGULIES
                               EVA YANG

5                              **NORTON ROSE FULBRIGHT US LLP**

6                            By

7                              Eva Yang
                               Attorneys for Defendant

8                              MATTRESS FIRM, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Document Prepared
on Recycled Paper

DEFENDANT MATTRESS FIRM, INC.'S ANSWER TO THE FIRST AMENDED CLASS ACTION
COMPLAINT