ALEXANDER E. WOLF (SBN 299775)
awolf@milberg.com
JOHN J. NELSON (SBN 317598)
jnelson@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: 872-365-7060

Attorneys for Plaintiff

JEFFREY B. MARGULIES (SBN 126002)
jeff.margulies@nortonrosefulbright.com
EVA YANG (SBN 306215)
eva.yang@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200

Attorneys for Defendant
MATTRESS FIRM, INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA HAMPTON, individually and on behalf of all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>MATTRESS FIRM INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-06488-ODW-E<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Erica Hampton ("Plaintiff") and Defendant Mattress Firm, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal upon a "stipulation of dismissal signed by all parties who have appeared"). This stipulation of dismissal shall not affect the claims of any other putative class members as no class has been certified and this voluntary dismissal dismisses the class action allegations without prejudice. Each party shall bear its own fees and costs.

Dated: January 22, 2025         MILBERG COLEMAN BRYSON
                                PHILLIPS GROSSMAN, PLLC


                                By: */s/ Alexander E. Wolf*
                                    ALEXANDER E. WOLF
                                    Attorneys for Plaintiff



Dated: January 22, 2025         NORTON ROSE FULBRIGHT US LLP


                                By: */s/ Jeffrey B. Margulies*
                                    JEFFREY B. MARGULIES
                                    Attorneys for Defendant

**SIGNATURE CERTIFICATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Alexander E. Wolf, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Alexander E. Wolf*
Alexander E. Wolf