JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ERICA HAMPTON,<br><br>Plaintiff,<br><br>v.<br><br>MATTRESS FIRM INC.,<br><br>Defendant. | Case № 2:24-cv-06488-ODW (Ex)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the parties' Joint Stipulation for Dismissal under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, (ECF No. 26), the Court hereby dismisses the above-entitled action without prejudice. Notice to the putative class members is not necessary given the stage of the proceedings, and that the dismissal of their claims is without prejudice. Each party shall bear its own costs and attorneys' fees.

The Court **VACATES** all dates and deadlines, **including the Scheduling Conference on February 24, 2025**. (ECF Nos. 19, 23.) The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 22, 2025

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE